JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRANDON MARCUS HALL, | ) | NO. ED CV 23-325-CJC(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| SAN BERNARDINO COUNTY SHERIFF, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: June 1, 2023.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE